UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SHERRY ALBANESE,

                                    Case No. 4:10-cv-13992-MAG-MKM
        Plaintiff,              Hon. Mark Goldsmith

v.

SUMMIT PLACE MOTORS, INC., et. al.

    Defendant.

---

## ORDER

    Based on the parties' Stipulation, it is Ordered that Plaintiff shall have until April 20, 2011 in which to respond to Defendant Richard Goodman's Motion To Set Aside Clerk's Entry of Default.

                                                s/Mark A. Goldsmith
                                                MARK A. GOLDSMITH
                                                United States District Judge

Dated: March 28, 2011

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 28, 2011.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager

STIPULATED:  s/Bryan D. Marcus (P47125)
Bryan D. Marcus, P.C.
561 Livernois
Ferndale, MI 48220
Counsel for Plaintiff


s/Christopher E. LeVasseur (P35981)
Stark Reagan
1111 W. Long Lake Road
Suite 202
Troy, MI 48098-6310
Counsel for Defendant Richard Goodman